| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Massey, James E. | 2. Court or Organization<br><br>U. S. Bankruptcy Court, ND GA | 3. Date of Report<br><br>04/12/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>1415 U. S. Courthouse<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Holder of General Power of Attorney | Friend |
| 2. | Co-Trustee and after settlor's death in 2012, sole Truistee | Trust # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 04/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bankruptcy Section of the State Bar of Georgia | 11/29/12 to 12/01/12 | Greensboro, GA | Seminar on Bankruptcy Law | Meals, Parking , Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 04/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute | Seminar 2012 - Registration fee waived | $725.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 04/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State St. Bank & Trust Co., Trustee IRA - Crawford Retiremen | | None | O | T | | | | | |
| 2. Teachers Ins. & Annuity Association (TIAA Tradtional) | | None | K | T | | | | | |
| 3. College Retirement Equity Fund (CREF Stock) | A | Dividend | | | Distributed | 12/13/12 | K | | |
| 4. Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 5. La Banque Postale Account #1 | A | Interest | K | T | | | | | |
| 6. La Banque Postale Account #2 | A | Interest | J | T | | | | | |
| 7. La Banque Postale Account #3 | | None | J | T | | | | | |
| 8. College Savings Iowa Account 1 Growth Portfolio | | None | K | T | | | | | |
| 9. College Savings Iowa Account 2 Growth Portfolio | | None | J | T | | | | | |
| 10. Rollover IRA (Fidelity Cash Reserves) | A | Dividend | K | T | | | | | |
| 11. Bank of America Accounts | A | Interest | K | T | | | | | |
| 12. | | | | | | | | | |
| 13. Assets of ▮▮▮▮ ncluding Trust (Lines 13-133) | | | | | | | | | |
| 14. Bank of America Accounts | A | Interest | | | Closed | 07/16/12 | J | | |
| 15. IRA (lines 18-23) | | | | | | | | | |
| 16. Fidelity Cash Reserves | A | Interest | | | Distributed | 12/31/12 | L | | |
| 17. US Treas Bonds 7.5% 11/15/2016 | A | Interest | | | Sold | 7/3/2012 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 04/12/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Equity Income II | A | Dividend | | | Sold | 07/03/12 | J | A | |
| 19. Fidelity GNMA Fund | B | Dividend | | | Sold (part) | 4/3/2012 | K | C | |
| 20. Fidelity GNMA Fund | | | | | Sold | 7/3/2012 | K | E | |
| 21. Fideltiy Interim Gov't Income | A | Dividend | | | Sold | 01/23/12 | K | D | |
| 22. | | | | | | | | | |
| 23. Trust # 1 | B | Int./Div. | O | T | | | | | |
| 24. Bank of America checking account | | None | J | T | | | | | |
| 25. Brokerage Account No. 1 for Trust # 1 at Fidelity Invest. | | | | | | | | | |
| 26. ACE LIMITED ORD CHF30.57 (ACE ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 27. AT&T INC COM (T ) | A | Dividend | | | Sold | 02/15/12 | J | A | |
| 28. AIR PRODUCTS & CHEM (APD ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 29. ALBEMARLE CORP (ALB ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 30. BAKER HUGHES INC (BHI ) | A | Dividend | | | Sold | 07/09/12 | J | | |
| 31. BLACKROCK (BLK) | A | Dividend | | | Buy | 01/03/12 | J | | |
| 32. | | | | | Sold | 07/09/12 | J | A | |
| 33. BROWN & BROWN INC (BRO ) | A | Dividend | | | Sold | 07/09/12 | J | B | |
| 34. CARDINAL HEALTH INC (CAH ) | A | Dividend | | | Sold | 07/09/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 04/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CHEVRON CORP NEW (CVX ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 36. CULLEN FROST BANKERS INC (CFR ) | A | Dividend | | | Sold | 03/29/12 | J | A | |
| 37. ENERGEN CORP (EGN) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 38. ENSCO PLC SPONSORED ADR EA REP 1 ORD CL A (ESV | A | Dividend | | | Sold | 07/09/12 | J | | |
| 39. EXXON MOBIL CORP (XOM ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 40. GENERAL DYNAMICS CRP (GD ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 41. GENUINE PARTS CO (GPC ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 42. GRAINGER W W INC (GWW ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 43. GREIF INC CL A (GEF ) | A | Dividend | | | Sold | 07/09/12 | J | | |
| 44. ILLINOIS TOOL WORKS (ITW ) | A | Dividend | | | Sold | 04/16/12 | J | A | |
| 45. INTEL CORP (INTC) | A | Dividend | | | Sold | 07/09/12 | J | B | |
| 46. INTL BUSINESS MACH (IBM ) | A | Dividend | | | Sold | 01/17/12 | J | A | |
| 47. JOHNSON & JOHNSON (JNJ ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 48. LILLY ELI & CO (LLY ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 49. LINEAR TECHNOLOGY CORP (LLTC ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 50. MERCK & CO INC NEWCOM (MRK ) | A | Dividend | | | Sold | 07/09/12 | J | B | |
| 51. OMNICOM GROUP (OMC ) | A | Dividend | | | Sold | 07/09/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 04/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PARTNERRE COM STK USD1 (PRE ) | A | Dividend | | | Sold | 07/09/12 | J | B | |
| 53. PAYCHEX INC (PAYX ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 54. PEPSICO INC (PEP ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 55. T ROWE PRICE GROUP INC (TROW ) | A | Dividend | | | Sold | 07/09/12 | J | B | |
| 56. PROCTER & GAMBLE CO (PG ) | A | Dividend | | | Sold | 07/09/12 | J | | |
| 57. STRYKER CORP (SYK) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 58. TARGET CORP (TGT ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 59. TEVA PHARMACEUTICAL INDUSTRIES ADR-EACH CNV INTO 1 ORD ILS0. | A | Dividend | | | Sold | 07/09/12 | J | | |
| 60. UNITED PARCEL SVC INC CL B (UPS ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 61. WOLVERINE WORLD WIDE INC (WWW ) | A | Dividend | | | Sold | 05/13/12 | J | A | |
| 62. SOUTHERN CO NOTE [ ] FIXED COUPON | A | Interest | | | Sold | 02/15/12 | K | A | |
| 63. STRYKER CORP NOTE [ ] | A | Interest | | | Sold | 07/17/12 | K | A | |
| 64. FEDERAL NATL MTG ASSN [ ] | A | Interest | | | Redeemed | 04/20/12 | K | | |
| 65. BP CAPITAL MARKETS PLC NOTE [ ] | A | Interest | | | Sold | 07/17/12 | K | A | |
| 66. WILMINGTON N C LTD OBLIG REV LTD OBLIG [ ] | A | Interest | | | Sold | 07/12/12 | K | A | |
| 67. BURLINGTON NORTHERN SANTA FE [ ] | A | Interest | | | Sold | 07/11/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 04/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. AMERICAN EXPRESS CO. (AXP) | A | Dividend | | | Buy | 03/30/12 | J | | |
| 69. | | | | | Sold | 07/09/12 | J | A | |
| 70. CENTURYLINK, INC. (CTL) | A | Dividend | | | Buy | 02/15/12 | J | | |
| 71. | | | | | Sold | 07/09/12 | J | A | |
| 72. DARDEN RESTAURANTS (DRI) | A | Dividend | | | Buy | 04/16/12 | J | | |
| 73. | | | | | Sold | 07/09/12 | J | A | |
| 74. MICROSOFT CORP (MSFT) | A | Dividend | | | Buy | 01/26/12 | J | | |
| 75. | | | | | Sold | 07/09/12 | J | A | |
| 76. BHP BILLINGTON FIN USA NOTE | A | Interest | | | Buy | 02/27/12 | K | | |
| 77. | | | | | Sold | 07/11/12 | K | A | |
| 78. CASH (Held in same account - Line 23 Fidelity) | A | Interest | N | T | | | | | |
| 79. | | | | | | | | | |
| 80. Brokerage Account No. 2 for Trust # 1 at Charles Schwab | | | | | | | | | |
| 81. ACE LIMITED ORD CHF30.57 (ACE ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 82. AT&T INC COM (T ) | A | Dividend | | | Sold | 02/15/12 | J | A | |
| 83. AIR PRODUCTS & CHEM (APD ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 84. ALBEMARLE CORP (ALB ) | A | Dividend | | | Sold | 07/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 04/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. BAKER HUGHES INC (BHI ) | A | Dividend | | | Sold | 07/09/12 | J | | |
| 86. BLACKROCK (BLK) | A | Dividend | | | Buy | 01/03/12 | J | | |
| 87. | | | | | Sold | 07/09/12 | J | A | |
| 88. BROWN & BROWN INC (BRO ) | A | Dividend | | | Sold | 07/09/12 | J | B | |
| 89. CARDINAL HEALTH INC (CAH ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 90. CHEVRON CORP NEW (CVX ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 91. CULLEN FROST BANKERS INC (CFR ) | A | Dividend | | | Sold | 04/04/12 | J | A | |
| 92. ENERGEN CORP (EGN) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 93. ENSCO PLC SPONSORED ADR EA REP 1 ORD CL A (ESV | A | Dividend | | | Sold | 07/09/12 | J | | |
| 94. EXXON MOBIL CORP (XOM ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 95. GENERAL DYNAMICS CRP (GD ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 96. GENUINE PARTS CO (GPC ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 97. GRAINGER W W INC (GWW ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 98. GREIF INC CL A (GEF) | A | Dividend | | | Sold | 07/09/12 | J | | |
| 99. ILLINOIS TOOL WORKS (ITW ) | A | Dividend | | | Sold | 04/10/12 | J | A | |
| 100. INTEL CORP (INTC) | A | Dividend | | | Sold | 07/09/12 | J | B | |
| 101. INTL BUSINESS MACH (IBM ) | A | Dividend | | | Sold | 01/17/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 04/12/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. JOHNSON & JOHNSON (JNJ ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 103. LILLY ELI & CO (LLY ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 104. LINEAR TECHNOLOGY CORP (LLTC ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 105. MERCK & CO INC NEWCOM (MRK ) | A | Dividend | | | Sold | 07/09/12 | J | B | |
| 106. OMNICOM GROUP (OMC ) | A | Dividend | | | Sold | 07/09/12 | J | B | |
| 107. PARTNERRE COM STK USD1 (PRE ) | A | Dividend | | | Sold | 07/09/12 | J | B | |
| 108. PAYCHEX INC (PAYX ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 109. PEPSICO INC (PEP ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 110. T ROWE PRICE GROUP INC (TROW ) | A | Dividend | | | Sold | 07/09/12 | J | B | |
| 111. PROCTER & GAMBLE CO (PG ) | A | Dividend | | | Sold | 07/09/12 | J | | |
| 112. STRYKER CORP (SYK) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 113. TARGET CORP (TGT ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 114. TEVA PHARMACEUTICAL INDUSTRIES ADR-EACH CNV INTO 1 ORD ILS0. | A | Dividend | | | Sold | 07/09/12 | J | | |
| 115. UNITED PARCEL SVC INC CL B (UPS ) | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 116. WOLVERINE WORLD WIDE INC (WWW ) | A | Dividend | | | Sold | 05/03/12 | J | A | |
| 117. SOUTHERN CO NOTE▒▒▒▒ ▒▒▒▒ FIXED COUPON | A | Interest | | | Sold | 02/15/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 04/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. STRYKER CORP NOTE | A | Interest | | | Sold | 07/17/12 | K | A | |
| 119. FEDERAL NATL MTG ASSN | A | Interest | | | Redeemed | 04/20/12 | K | | |
| 120. BP CAPITAL MARKETS PLC NOTE | A | Interest | | | Sold | 07/17/12 | K | A | |
| 121. WILMINGTON N C LTD OBLIG REV LTD OBLIG | A | Interest | | | Sold | 07/12/12 | K | A | |
| 122. BURLINGTON NORTHERN SANTA FE | A | Interest | | | Sold | 07/11/12 | K | A | |
| 123. AMERICAN EXPRESS CO. (AXP) | A | Dividend | | | Buy | 04/04/12 | J | | |
| 124. | | | | | Sold | 07/09/12 | J | A | |
| 125. CENTURYLINK, INC. (CTL) | A | Dividend | | | Buy | 02/15/12 | J | | |
| 126. | | | | | Sold | 07/09/12 | J | A | |
| 127. DARDEN RESTAURANTS (DRI) | A | Dividend | | | Buy | 04/10/12 | J | | |
| 128. | | | | | Sold | 07/09/12 | J | A | |
| 129. MICROSOFT CORP (MSFT) | A | Dividend | | | Buy | 01/20/12 | J | | |
| 130. | | | | | Sold | 07/09/12 | J | A | |
| 131. BHP BILLINGTON FIN USA NOTE | A | Interest | | | Buy | 02/27/12 | K | | |
| 132. | | | | | Sold | 07/11/12 | K | A | |
| 133. CASH (Held in same account -Line 80 - with Charles Schwab) | A | Interest | N | T | | | | | |
| 134. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 04/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

3. (Part I) A _____ executed in 2010 a power of attorney enabling me _____ to act on _____ behalf. In 2011, that _____ added me as co-trustee of her revocable trust. In 2012 she died.

2. (Part V) The Southeastern Bankruptcy Law Instititue is a not-for-profit organization that sponsors an annual seminar on bankruptcy.

3 (Part VII)

As indicated in Part VIII of last year's Report, the HRGTC Builidng Partnership is defunct and has been omitted from this Report.

Line 1 - State Street Bank & Trust Co. is the Trustee for IRAs that are managed in the group trusts by Crawford Investment Counsel, that are not self-directed and that invest in publicly traded stocks and bonds.

Line 3 - The amount of gain on the redemption of the CREF IRA account is the difference between the contributions and the amount received on redemption. The records of the contributions, which occurred in the 1980's and early 1990's are not available.

Lines 8-9 - I erred in reporting dividend income in last year's report. These investments paiy no direct dividends; value is based solely on the price of a unit in the fund times the number of units held..

Lines 13-133 reflect assets and transactions of a close family friend for whom I held a power of attorney. This section also includes the assets and transaction in the _____ trust for which I served as co-trustee of my friend's trust, as reflected in Part I, until her death and thereafter as the sole trustee.

Line 16. The cash in the IRA was transferred ("distributed") on 12/31/12 to the Fidelity brokerage account (Line 25) except for 63 cents that was transferred a few days later.

Line 23 - The valuation of the trust at year end (Line 23) includes the year end values of the bank account (Line 24) and of the two brokerage accounts (lines 78 and 133).

Lines 14 and 24 - A trust account at Bank of America was included on Line 16 of my 2011 Report but has been separated out in this Report. Line 14 shows the two personal bank accounts of _____ which were closed in 2012. Line 24 is the trust account at Bank of America.

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 04/12/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Massey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544